■ Regina Cross, Respondent, v Christopher Cross, Appellant.—Motion for clarification granted to the extent of amending the first full paragraph of the second page of the memorandum decision accompanying the order of this court [112 AD2d 62] entered on July 2, 1985, by striking the words "second and third," appearing in the fifth line thereof, and

substituting therefor the words "first and second." Concur—Kupferman, J. P., Ross, Bloom, Kassal and Rosenberger, JJ.